# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | | |
|---|---|---|
| ALVIN LAVON MOORE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Case No. CV613-100 |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

## REPORT AND RECOMMENDATION

In *Moore v. United States*, No. CV413-104 (S.D. Ga. June 25, 2013), the Court entered an order barring Alvin Lavon Moore, an abusive frequent filer, from filing any more lawsuits until he first posts a $100 frivolity bond. *Id.*, doc. 10. He failed to do so when he filed this suit. Accordingly, this case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this  2nd   day of December, 2013.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA