UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ALVIN LAVON MOORE, )
)
Plaintiff, )
)
v. )
) 6:13-cv-100
UNITED STATES OF AMERICA, )
)
Defendant. )
)

### ORDER

Alvin Lavon Moore has filed a motion for relief under Federal Rule of Civil Procedure 60. ECF No. 8. The Court **DENIES** this motion. Moore has failed to post the required frivolity bond for this case. *See* ECF No. 3.

The Court **DIRECTS** the Clerk to return any further filings in this case until Moore posts the proper bond. The Court also directs the Clerk to **SEAL** the motion at hand, ECF No. 8, because Moore provided un-redacted identification information.

The 3 day of February, 2014

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA